# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MITCHELL WADE SKINNER                                             PETITIONER
ADC #107499

v.                    CASE NO. 5:12-CV-0035 JMM-JTK

RAY HOBBS, Director
                                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner, an inmate in the Arkansas Department of Correction, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Petitioner has failed to obtain leave before filing this successive petition. Before a second or successive application can be filed or considered by the district court, Petitioner must obtain leave from the Eighth Circuit Court of Appeals. See 28 U.S.C. § 2244(b)(3)(A); Cox v. Norris, 167 F.3d 1211, 1212 (8th Cir. 1999). This Court cannot grant Petitioner leave to pursue the present action.

If Petitioner wishes to pursue his petition, he must file it with the Eighth Circuit Court of Appeals, whose address is as follows: Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102. Further, Petitioner is advised that his petition must provide the following information under 8th Cir. R. 22B: (1) the grounds for relief; (2) if available, the filing dates, captions, docket numbers, and courts where all prior habeas proceedings or Section 2255 motions and appeals were filed; and (3) the outcome of all former habeas proceedings or Section 2255 motions and appeals, including whether any prior

1

petition was dismissed without prejudice or for failure to exhaust state remedies.

THEREFORE, the pending petition for habeas corpus relief is hereby dismissed, pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

    SO ORDERED this 2nd day of February, 2012.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE